IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:09CR0136 |
| PLAINTIFF, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| CRAIG SUMERLIN | : | |
| DEFENDANT. | : | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the Motion For Destruction of Evidence filed on January 13, 2012 (Doc. #12) is granted, and the following evidence shall be destroyed:

- * Dan Wesson Arms revolver, .357 magnum, Serial No.: none
- * Winchester shotgun, model 1400, Serial No.: 173239
- * RomArm Sar 1 rifle, 7.62X39 CAL, Serial No.: 518790308, with magazine

Dated: 1-24-12

SO ORDERED:

_____
HONORABLE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE